No. 241. BROWN ET AL. *v.* SWORDS-McDOUGAL CO. ET AL.; and

No. 242. KNOX ET AL. *v.* MASSACHUSETTS BONDING & INSURANCE CO. 

Decided November 7, 1938. *Per Curiam:* The appeals herein are dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeals were allowed as petitions for writs of certiorari as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. MR. JUSTICE BUTLER took no part in the consideration or decision of these cases. *Messrs. J. A. Edge, Paul B. Cromelin,* and *Francis C. Brooke* for appellants. *Messrs. Richard C. Stoll, Wallace Muir, James Park,* and *Seth W. Richardson* for appellees in No. 240. *Mr. Rodman W. Keenon* for appellees in Nos. 241 and 242. Reported below: 271 Ky. 140; 111 S. W. 2d 610.

No. 405. CRANCER ET AL. *v.* UNITED STATES ET AL. Decided November 7, 1938. *Per Curiam:* The decree is affirmed. *Hooker* v. *Knapp,* 225 U. S. 302; *Standard Oil Co.* v. *United States,* 283 U. S. 235, 238; *Interstate Commerce Comm'n* v. *United States ex rel. Campbell,* 289 U. S. 385, 388; *United States* v. *Griffin,* 303 U. S. 226, 233, 234. *Mr. Luther Ely Smith* for appellants. *Attorney General Cummings* and *Mr. Daniel W. Knowlton* for appellees.

No. 410. DIAMOND TANK TRANSPORT, INC., ET AL. *v.* UNITED STATES ET AL. Decided November 7, 1938. *Per Curiam:* The

568

decree is affirmed. *Hooker* v. *Knapp,* 225 U. S. 302; *Standard Oil Co.* v. *United States,* 283 U. S. 235, 238; *Interstate Commerce Comm'n* v. *United States ex rel. Campbell,* 289 U. S. 385, 388; *United States* v. *Griffin,* 303 U. S. 226, 233, 234. *Messrs. Henry T. Ivers* and *George E. Flood* for appellants. *Mr. Edward M. Reidy* for appellees.

No. 423. PARKER *v.* GREENSBORO.

Decided November 7, 1938. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Welch* v. *Swasey,* 214 U. S. 91, 105–106; *Cusack* v. *Chicago,* 242 U. S. 526, 530–531; *Euclid* v. *Ambler Co.,* 272 U. S. 365, 388–389; *Gorieb* v. *Fox,* 274 U. S. 603, 608; *West Brothers Brick Co.* v. *Alexandria,* 302 U. S. 658. *Mr. Aubrey L. Brooks* for appellant. No appearance for appellee.

No. 151. BOLLER *v.* KANSAS.

Decided November 7, 1938. *Per Curiam:* Motion to reinstate the appeal granted and the appeal is dismissed for want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Messrs. C. L. Kagey, L. M. Kagey,* and *Hal M. Black* for appellant. No appearance for appellee.

No. 409. TWIN FALLS COUNTY *v.* HENDERSON.

Decided November 7, 1938. *Per Curiam:* The appeal herein is dis-